# United States District Court
# Eastern District of California

Tower Bridge Property Management, et al.

Plaintiff(s)

V.

Kevin Kish

Defendant(s)

Case Number: 2:26-cv-02494-DJC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Wilson C. Freeman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Tower Bridge Property Management and Thomas Manning

On 10/13/2016 (date), I was admitted to practice and presently in good standing in the Oregon Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/17/2026

Signature of Applicant: /s/ Wilson C. Freeman

**Pro Hac Vice Attorney**

Applicant's Name: Wilson C. Freeman

Law Firm Name: Pacific Legal Foundation

Address: 3100 Clarendon Blvd., Suite 1000

City: Arlington State: VA Zip: 22201

Phone Number w/Area Code: (202) 888-6881

City and State of Residence: Phoenix, Arizona

Primary E-mail Address: WFreeman@pacificlegal.org

Secondary E-mail Address: incominglit@pacificlegal.org

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joshua P. Thompson

Law Firm Name: Pacific Legal Foundation

Address: 555 Capitol Mall, Suite 1290

City: Sacramento State: CA Zip: 95814

Phone Number w/Area Code: (916) 419-7111 Bar # 250955

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 17, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE