IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOWER BRIDGE PROPERTY MANAGEMENT; THOMAS MANNING,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**KEVIN KISH, in his official capacity as Director of the California Civil Rights Department,**<br><br>Defendant. | 2:26-CV-02494-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RULE 12(b) MOTION AND TO SET BRIEFING SCHEDULE**<br><br>Action Filed: July 17, 2026<br><br>Judge: Hon. Daniel J. Calabretta |

The Court has reviewed the stipulated request of Plaintiffs Tower Bridge Property Management and Thomas Manning and Defendant Kevin Kish, in his official capacity as the Director of the California Civil Rights Department (collectively, the "Parties") requesting: (i) an extension of time for Defendant Kish to file a motion to dismiss Plaintiffs' complaint; (ii) that the Court set a briefing schedule for Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b) as specified in the Parties' stipulation; and (iii) that the Court extend the Parties' deadline to file initial disclosures and the Parties' joint status report until sixty (60) days after the Court has ruled on Defendant's motion to dismiss. For good cause shown, the Court grants the stipulated request and orders the following:

(i) Defendant's time to respond to Plaintiffs' complaint is extended to on or before September 22, 2026;

(ii) The briefing schedule for Defendant's motion to dismiss pursuant to Rule 12(b) is set as follows:

(a) Defendant shall file his motion on or before September 22, 2026;

(b) Plaintiffs shall file any response on or before October 20, 2026;

(c) Defendant shall file any reply on or before November 3, 2026; and

(iii) The Parties' deadline to final initial disclosures and the Parties' joint status report under rule 26(f) is extended until sixty (60) days after the Court has ruled on the motion to dismiss.

IT IS SO ORDERED.

Dated: August 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE