UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOWER BRIDGE PROPERTY MANAGEMENT and THOMAS MANNING,<br>Plaintiffs,<br>v.<br>KEVIN KISH, in his official capacity as Director of the California Civil Rights Department,<br>Defendant. | Civil Action No. 2:26-cv-02494-DJC-JDP<br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** |

Pursuant to the Parties' Stipulation (ECF No. 18), and good cause appearing under Federal Rule of Civil Procedure 6(b)(1)(A), IT IS SO ORDERED:

Plaintiffs shall file their response to the Motion to Dismiss no later than November 6, 2026, Defendant shall file its reply no later than November 25, 2026. The December 17, 2026 hearing remains as set, and so do all other deadlines in this Court's order setting deadlines made on August 21, 2026 (ECF. No. 15)

Dated: October 15, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE